IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE AND GEORGE FRANCO, | § § § § | |
| Plaintiffs, | | |
| vs. | § § | CIVIL ACTION NO. 3:23-CV-00211 |
| FORD MOTOR COMPANY, | § § § | |
| Defendant. | § | JURY DEMANDED |

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs Jose and George Franco and Defendant Ford Motor Company.

It is, THEREFORE, ORDERED by the Court that pursuant to the stipulation filed by Plaintiffs Jose and George Franco and Defendant Ford Motor Company, Plaintiffs Jose and George Franco's claims against Defendant Ford Motor Company are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with costs taxed against the parties incurring same.

SIGNED: _Nov. 27_, 2023.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED**
**AS TO FORM AND SUBSTANCE:**

KIMMEL & SILVERMAN, PC

By: */s/ Craig Thor Kimmel*
      Craig Thor Kimmel
      teamkimmel@creditlaw.com
      30 E. Butler Ave.
      Ambler, PA 19002
      Telephone: (267) 468-7638

**ATTORNEY FOR PLAINTIFFS**
**JOSE AND GEORGE FRANCO**


THOMPSON, COE, COUSINS & IRONS, LLP

By: */s/ Israel Flores, Jr.*
      Israel Flores, Jr.
      iflores@thompsoncoe.com
      State Bar No. 24074209
      700 N. Pearl St., 25th Floor
      Dallas, Texas 75201
      (214) 880-2579
      (214) 871-8209 (fax)

John W. Chambless II
jchambless@thompsoncoe.com
State Bar No. 00796334
Thompson, Coe, Cousins & Irons, LLP
2801 Via Fortuna, Suite 300
Austin, Texas 78746
(512) 703-5073
(512) 708-8777 (fax)

**ATTORNEYS FOR DEFENDANT**
**FORD MOTOR COMPANY**