IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE FRANCO et al,<br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | EP-23-CV-211-DB |

## FINAL JUDGMENT

On November 27, 2023, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this **27** day of **November 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE